**UNITED STATES of America, Appellant, v.
BOATMEN'S NATIONAL BANK OF
ST. LOUIS et al.**

No. 11259.

Circuit Court of Appeals, Eighth Circuit.
July 20, 1938.

Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., for appellant.

Joseph Renard and Polk & Williams, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, per stipulation of parties.

**UNITED STATES of America, Appellant, v.
James D. CROWE.**

No. 11316.

Circuit Court of Appeals, Eighth Circuit.
Sept. 19, 1938.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo.

Goldman & Daley, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, per stipulation of parties.

**UNITED STATES of America, Appellant, v.
DeBROWN AUTO SALES COMPANY.**

No. 11356.

Circuit Court of Appeals, Eighth Circuit.
Nov. 9, 1938.

Joseph T. Votava, U. S. Atty., of Omaha, Neb.

No appearance for appellant.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this Court on motion of appellant and certificate of clerk of District Court.

**UNITED STATES of America, Appellee, v.
Solomon GELB, Appellant.**

No. 287.

Circuit Court of Appeals, Second Circuit.
March 20, 1939.

Robert H. Elder, of New York City (Otho S. Bowling, of New York City, of counsel), for appellant.

Gregory F. Noonan, U. S. Atty., of New York City (Frank H. Gordon, of New York City, of counsel), for the United States.

Before L. HAND and CHASE, Circuit Judges, and PATTERSON, District Judge.

PER CURIAM.
Judgment affirmed.